(December 29, 1969)

■ BERNARD BROWN, Appellant, v. MOTOR VEHICLE ACCIDENT INDEMNIFICA-TION CORPORATION, Respondent.— In an arbitration proceeding, the appeal is from an order of the Supreme Court, Nassau County, dated June 11, 1968, which granted respondent's application to permanently stay arbitration. Order affirmed, with $10 costs and disbursements. The claimant breached Condition 4 of the New York Automobile Accident Indemnification Endorsement of his automobile liability policy by instituting a plenary action in 1964 in the District Court of Nassau County against the owner of the other automobile involved in his accident, without ever forwarding to respondent a copy of the summons and complaint or other process served in the action. Beldock, P. J., Christ, Munder, Martuscello and Kleinfeld, JJ., concur.